IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Kansas City Docket)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.   No.   13-20082-01-CM-JPO

GARY SPARKS,   FILED UNDER SEAL
   Related Case: 12-20103-01/02 EFM

    Defendant.

## SEALED INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about June 25, 2013, in the District of Kansas, the defendant,

**GARY SPARKS,**

knowingly corruptly persuaded and attempted to corruptly persuade another person, to wit: H.L., with the intent to influence, delay, or prevent the testimony of H.L. in an official proceeding, to wit: a federal criminal case, entitled *United States v. Stacy Ashley*, District of Kansas, Case Number 12-20103-02 EFM; in violation of Title 18, United

States Code, Sections 2 and 1512(b)(1).

                                       A TRUE BILL.


July 31, 2013                                   s/Foreperson
DATE                                              FOREPERSON OF THE GRAND JURY


   s/Sheri McCracken #17097 for
BARRY R. GRISSOM
United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Telephone:  913-551-6730
Fax: 913-551-6541
barry.grissom@usdoj.gov
Ks. S. Ct. No. 10866


[It is requested that trial be held in Kansas City, Kansas]

**PENALTIES:**

**Count 1:** **18 U.S.C. §§ 1512(b)(1) and 2**

- NMT 20 years imprisonment;
- NMT $250,000.00 fine;
- NMT 3 years supervised release; and
- $100.00 special assessment fee.